IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| TERESA EVERARD, | ) |
| Plaintiff | ) CASE NO. 2:07-cv-0083 |
| VERSUS | ) JUDGE HAYNES |
| PUTNAM COUNTY SHERIFF'S DEPARTMENT, PUTNAM COUNTY, and DAVID K. ANDREWS, in his official capacity as Putnam County Sheriff, | ) |

**ORDER**

This motion is GRANTED. Judge Bryant will determine the terms and date for the conference.

[signature] 4-9-08

**JOINT MOTION**

Come the plaintiff and the defendants, by and through their respective attorneys, and move the Court to refer this matter to Magistrate Judge John S. Bryant for mediation. The parties have agreed that a mediation at this juncture will have a reasonable chance of success; and they have asked Judge Bryant, and he has indicated a willingness to serve as a judicial mediator in this matter.

WHEREFORE, the parties jointly move the Court to refer this matter to Magistrate Judge John S. Bryant for mediation.