UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TERESA EVERARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:07-0083 |
| | ) | Judge Haynes/Bryant |
| PUTNAM COUNTY SHERIFF'S | ) | **Jury Demand** |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

This matter has been referred by the District Judge to the undersigned Magistrate Judge for the purpose of setting a settlement conference date with the parties (Docket Entry No. 16). A telephone conference is set for **10:00 a.m. on Friday, April 18, 2008,** at which time a date convenient to both parties will be set. Counsel for the plaintiff shall initiate the conference call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge